UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VIRGINIA S. DEBORD

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 16-358-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated June 26, 2017, to which an objection was filed, (Doc. 14):

**IT IS ORDERED** that the Commissioner's decision is AFFIRMED and that Plaintiff's appeal is DISMISSED with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 31, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA